# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PLUTUS I, LLC,

    Plaintiff

v.

ITRIA VENTURES, LLC,

    Defendants

3:18-CV-765
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 11th DAY OF OCTOBER, 2018**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss the Complaint or Alternatively for Transfer to Either the District of Delaware or the Southern District of New York (Doc. 11) is **GRANTED AS FOLLOWS:** the above-captioned action is **TRANSFERRED** to the United States District Court for the Southern District of New York.

3. The Clerk of Court is directed to **CLOSE** the case in the United States District Court for the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge